UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7280 -DDP (OP) | Date | May 13, 2014 |
|---|---|---|---|
| Title | Lyle McEachin v. Carolyn W. Colvin, Acting Commissioner of Social Security | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| Deb Taylor | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS:   ORDER TO SHOW CAUSE

On April 5, 2010, Lyle McEachin ("Plaintiff") filed a Complaint for Review of the Proceedings Before Commissioner of Social Security pursuant to 42 U.S.C. §§ 405(g) and 1383(c).  (ECF No. 3.)  On October 25, 2013, the Court issued its case management order.  (ECF No. 7.)  Pursuant to that order, Plaintiff's portion of the Joint Stipulation was due on March 24, 2014.  Further, the Court admonished Plaintiff that he "shall cooperate in preparing the Joint Stipulation, and sanctions may be imposed for any failure to cooperate."  (Id. at 4.)

On May 9, 2014, Defendant filed a Notice of Non-Receipt of Plaintiff's Initial Portion of the Joint Stipulation.  (ECF No. 12.)  To date, Plaintiff has not complied with the Court's order and has not requested an extension of time to file his portion of the Joint Stipulation.
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-7280 -DDP (OP) | Date | May 13, 2014 |
|---|---|---|---|
| Title | Lyle McEachin v. Carolyn W. Colvin, Acting Commissioner of Social Security | | |

Accordingly, Plaintiff is ordered to show cause no later than June 13, 2014, why this case should not be dismissed for failure to prosecute. Plaintiff's submission of his portion of the Joint Stipulation to Defendant, along with the filing of a proof of service with the Court no later than June 13, 2013, shall be deemed in compliance with this order to show cause. Plaintiff's failure to do so shall result in the dismissal of this action without prejudice for failure to prosecute and/or comply with a Court order.

**IT IS SO ORDERED.**

cc:  All Parties of Record

Initials of Preparer     dts