**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LYLE McEACHIN,** | ) |
| Plaintiff, | ) Case No. CV 13-7280 DDP (AJW) |
| v. | ) [~~Proposed~~] |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the matter is remanded for further administrative proceedings consistent with Report and Recommendation.

May 27, 2015

_____
DEAN D. PREGERSON
United States District Judge